| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br><br>In the Matter of<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>Attorney for Debtor<br>(732) 238-8777<br>Robert C. Nisenson<br>RCN 6680 |
| ANNETTE M. RIVERA<br><br>DEBTOR |

Order Filed on October 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:18-28067
Hearing:
Judge: CMG

## ORDER TO CONTINUE BANKRUPTCY STAY

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED.**

**DATED: October 4, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 18-28067 |
| | : | Chapter 13 |
| | : | |
| ANNETTE M. RIVERA | : | |
| | : | |
| | : | |
| | : | **ORDER TO CONTINUE STAY** |
| Debtor. | : | |
| | : | |
| _____ | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Continue Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is

**ORDERED** that the automatic stay shall continue as to all creditors served with the notice of motion.

**ORDERED** that a copy of this Order shall be served upon all parties within ___7__ days of the date hereof.