MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Leaders Financial Company
JM-5630_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>ANNETTE RIVERA | Case No. 18-28067(CMG)<br><br>Chapter 13<br><br>Hearing date: 6-19-19<br><br><br><br>OBJECTION TO CONFIRMATION OF<br><br>MODIFIED PLAN |

Leaders Financial Company ("Leaders"), a secured creditor of the debtor, objects to the debtor's modified plan for the following reasons:

a. **MODIFIED PLAN FAILS TO PAY LEADERS IN ACCORDANCE WITH PRIOR ORDER:** On 12-6-18 the court entered an order setting the amount to be paid to Leaders at $9193.00 with adequate protection payments at $140 a month. The modified plan fails to do this and must be amended to provide for payment to Leaders in accordance with that order.

/S/John R. Morton, Jr.
_____
John R. Morton, Jr., attorney
for Leaders Financial Company

Date: 9-30-18