UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46138
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Leaders Financial Company

**Order Filed on August 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANNETTE RIVERA

Case No.: 18-28067

Adv. No.:

Hearing Date 6-19-19

Judge:  CMG

# ORDER RESOLVING OBJECTION TO CONFIRMATION OF LEADERS FINANCIAL COMPANY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 13, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Annette Rivera**
**18-28067(CMG)**
**Order resolving objection to confirmation of Leaders Financial Company**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Leaders Financial Company, with the appearance of Robert Nisenson Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. Leaders Financial Company obtained an order in this case on 12-6-18 setting the amount to be paid to it by the trustee at $9,193.00 and providing for adequate protection payments to it of $140 a month starting in October of 2018. This order will amend the modified plan to provide for payment to Leaders Financial in accordance with the 12-6-18 order of this Court.