**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
46138
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Leaders Financial Company

**Order Filed on August 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANNETTE RIVERA

Case No.: 18-28067

Adv. No.:

Hearing Date 6-19-19

Judge: CMG

# ORDER RESOLVING OBJECTION TO CONFIRMATION OF LEADERS FINANCIAL COMPANY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 13, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Annette Rivera**
**18-28067(CMG)**
**Order resolving objection to confirmation of Leaders Financial Company**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Leaders Financial Company, with the appearance of Robert Nisenson Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. Leaders Financial Company obtained an order in this case on 12-6-18 setting the amount to be paid to it by the trustee at $9,193.00 and providing for adequate protection payments to it of $140 a month starting in October of 2018.  This order will amend the modified plan to provide for payment to Leaders Financial in accordance with the 12-6-18 order of this Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-28067-CMG
Annette M Rivera                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin          Page 1 of 1           Date Rcvd: Aug 14, 2019
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
db              +Annette M Rivera,    103 South Fulton Street #2,    Woodbridge, NJ 07095-2617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
     Albert Russo    docs@russotrustee.com
     Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
     Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     John R. Morton, Jr.    on behalf of Creditor    Leaders Financial Company ecfmail@mortoncraig.com,
     mortoncraigecf@gmail.com
     Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
     Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
     Robert C. Nisenson    on behalf of Debtor Annette M Rivera rnisenson@aol.com,
     nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                             TOTAL: 6