Form 149 − ntcvaco

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

              Case No.:  18−28067−CMG
              Chapter:  13
              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Annette M Rivera
   103 South Fulton Street #2
   Woodbridge, NJ 07095

Social Security No.:
   xxx−xx−2628

Employer's Tax I.D. No.:

**NOTICE OF ORDER VACATING
AN ORDER OF DISMISSAL**

     NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 4/2/20 has been vacated effective 4/3/20.

Dated: April 3, 2020
JAN: dmi

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Annette M Rivera  
    Debtor

Case No. 18-28067-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 03, 2020  
                       Form ID: 149      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.
```
db             +Annette M Rivera,    103 South Fulton Street #2,    Woodbridge, NJ 07095-2617
517747915      +Lender Finance Financial Company,    21 Commerce suite 101,    Cranford, NJ 07016-3519
517747916      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2020 01:58:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2020 01:58:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: krivera@leadersfc.com Apr 04 2020 01:57:23      Leaders Financial Company,
                 21 Commerce Dr,    Cranford, NJ  07016
517747912      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 04 2020 01:58:26
                 Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
                 Miami, FL 33146-1873
517836096      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 04 2020 01:58:26
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
517747913      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Apr 04 2020 02:07:22
                 Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517747914      +E-mail/Text: g2sogasbnkr@southernco.com Apr 04 2020 01:57:15      Elizabethtown Gas,
                 PO Box 5412,    Carol Stream, IL 60197-5412
517907862      +E-mail/Text: bankruptcy@pseg.com Apr 04 2020 01:57:24      PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,    Cranford NJ 07016-0490
                                                                                              TOTAL: 8
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Leaders Financial Company ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Annette M Rivera r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisenonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```