UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
716 Newman Springs Road, Suite 372
Lincroft, New Jersey  07738
(518) 786-9069
Richard Gerbino, Esq. (ID #057351993)
Attorneys for Creditor Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC

In Re:

Annette M. Rivera,

    Debtors.

Case No.:      18-28067-cmg

Chapter:            13

Hearing Date:      9/1/2021

Judge:      Christine M. Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay

_____

Date: 8/31/2021

/s/ Richard Gerbino
Signature

*rev.8/1/15*