UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
716 Newman Springs Road, Suite 372
Lincroft, New Jersey 07738
(518) 786-9069
Richard Gerbino, Esq. (ID #057351993)
Attorneys for Creditor Community Loan Servicing,
LLC f/k/a Bayview Loan Servicing, LLC

In Re:

Annette M. Rivera,

    Debtor.

Case No.: 18-28067-cmg

Chapter: 13

Hearing Date: 9/1/2021

Judge: Christine M. Gravelle

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order **Resolving Motion for Relief from Stay** submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: 9/8/2021

/s/ Richard Gerbino
Signature of Attorney

*rev.8/1/15*