UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
(732-238-8777
Robert C. Nisenson, Esq.
Attorneys for Debtor
RCN 6680

Order Filed on September 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In the Matter of

**ANNETTE M. RIVERA**
                    DEBTOR

Case No.: 18-28067

Judge: Christine M. Gravelle

## CONSENT ORDER RESOLVING CREDITOR MOTION
## FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through __3__ is hereby **ORDERED.**

**DATED: September 30, 2021**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

ROBERT C. NISENSON, L.L.C.
10 Auer Court
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re:** | : Case #: 18-28067 |
| **ANNETTE M. RIVERA** | : |
| | : Chapter 13 |
| | : |
| | : **CONSENT ORDER** |
| Debtor | : **RESOLVING CREDITOR** |
| | **MOTION FOR RELIEF FROM STAY** |
| | **AND OBJECTION TO** |
| | **CONFIRMATION** |

This matter having been opened to the Court upon motion of Creditor, Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC by and through their attorneys **SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP** appearing as attorney for Creditor, Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC seeking an Order to resolve the Motion for Relief From Stay and Objection to Confirmation appearing by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

**ORDERED** that Debtor, Annette M. Rivera shall obtain a loan modification within three (3) months of confirmation and will make post adequate protection payments to creditor pending the loan modification; and it is further

2

**ORDERED** that in the event Debtor does not obtain a loan modification within the time allowed by this Consent Order, then Debtor will amend the Chapter 13 Plan to either cure the arrears or surrender the property; and it is further

**ORDERED** that Debtor shall obtain a loan modification outside the bankruptcy case; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within __5__ days of the date hereof.

The undersigned hereby consents to the
Form, Content and Entry of the within
Order:

Richard Gerbino, Esq.
Schiller, Knapp, Lefkowitz & Herzel, LLP
Attorneys for Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC

By:   /s/ Richard Gerbino
        Richard Gerbino, Esq.

ROBERT C. NISENSON, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorneys for Debtor

By:    /s/ Robert C. Nisenson
   Robert C. Nisenson, Esq