UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
(732-238-8777
Robert C. Nisenson, Esq.
Attorneys for Debtor
RCN 6680

In the Matter of

ANNETTE M. RIVERA
     DEBTOR

Order Filed on September 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-28067

Judge: Christine M. Gravelle

## CONSENT ORDER RESOLVING CREDITOR MOTION
## FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through __3__ is hereby **ORDERED.**

**DATED: September 30, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re:** | Case #: 18-28067 |
| **ANNETTE M. RIVERA** | Chapter 13 |
| Debtor | **CONSENT ORDER RESOLVING CREDITOR MOTION FOR RELIEF FROM STAY AND OBJECTION TO CONFIRMATION** |

This matter having been opened to the Court upon motion of Creditor, Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC by and through their attorneys **SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP** appearing as attorney for Creditor, Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC seeking an Order to resolve the Motion for Relief From Stay and Objection to Confirmation appearing by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

**ORDERED** that Debtor, Annette M. Rivera shall obtain a loan modification within three (3) months of confirmation and will make post adequate protection payments to creditor pending the loan modification; and it is further

2

**ORDERED** that in the event Debtor does not obtain a loan modification within the time allowed by this Consent Order, then Debtor will amend the Chapter 13 Plan to either cure the arrears or surrender the property; and it is further

**ORDERED** that Debtor shall obtain a loan modification outside the bankruptcy case; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within 5 days of the date hereof.

The undersigned hereby consents to the
Form, Content and Entry of the within
Order:

Richard Gerbino, Esq.
Schiller, Knapp, Lefkowitz & Herzel, LLP
Attorneys for Community Loan Servicing, LLC f/k/a Bayview Loan Servicing, LLC

By:  /s/ Richard Gerbino
       Richard Gerbino, Esq.

ROBERT C. NISENSON, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorneys for Debtor

_/s/ Robert
By:            C. Nisenson
   Robert C. Nisenson, Esq

Annette M.
Rivera

3

United States Bankruptcy Court

District of New Jersey

In re:  
Annette M Rivera  
    Debtor

Case No. 18-28067-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Sep 30, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette M Rivera, 103 South Fulton Street #2, Woodbridge, NJ 07095-2617 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Leaders Financial Company ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor COMMUNITY LOAN SERVICING LLC F/K/A BAYVIEW LOAN SERVICING, LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |

Kevin Gordon McDonald
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Richard Gerbino
    on behalf of Creditor COMMUNITY LOAN SERVICING LLC F/K/A BAYVIEW LOAN SERVICING, LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Robert Williams
    on behalf of Creditor COMMUNITY LOAN SERVICING LLC F/K/A BAYVIEW LOAN SERVICING, LLC rwilliams@mwm-law.com

Robert C. Nisenson
    on behalf of Debtor Annette M Rivera r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10