Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−28067−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Annette M Rivera
   103 South Fulton Street #2
   Woodbridge, NJ 07095

Social Security No.:
   xxx−xx−2628

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/1/21 at 09:00 AM

to consider and act upon the following:

**94** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 11/22/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 11/18/21

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 18-28067-CMG
Annette M Rivera                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Annette M Rivera, 103 South Fulton Street #2, Woodbridge, NJ 07095-2617 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021                    Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Leaders Financial Company ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor COMMUNITY LOAN SERVICING LLC F/K/A BAYVIEW LOAN SERVICING, LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

Kevin Gordon McDonald
    on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Richard Gerbino
    on behalf of Creditor COMMUNITY LOAN SERVICING  LLC F/K/A BAYVIEW LOAN SERVICING, LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard Gerbino
    on behalf of Creditor Residential Credit Opportunities Trust VI-A by its servicing agent FCI Lender Services Inc. rgerbino@schillerknapp.com  kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Robert Williams
    on behalf of Creditor COMMUNITY LOAN SERVICING  LLC F/K/A BAYVIEW LOAN SERVICING, LLC rwilliams@mwm-law.com

Robert C. Nisenson
    on behalf of Debtor Annette M Rivera r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11