UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Annette M Rivera

Debtor(s)

Case No.: 18-28067 / CMG

Judge: Christine M. Gravelle

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 10/18/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.


Dated:  10/18/2022

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Annette M Rivera<br>103 South Fulton Street #2<br>Woodbridge, NJ   07095 | Debtor(s) | Regular Mail |
| Robert C. Nisenson, Esq.<br>10 Auer Ct.<br>Suite E<br>East Brunswick,  NJ   08816 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |