United States Bankruptcy Court
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 18-28067 |
| Annette M. Rivera | Chapter: | 13 |
| | Judge: | CMG |

## NOTICE OF PROPOSED PRIVATE SALE

_____Annette M. Rivera_____, _____Debtors_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 E. State Street, Trenton, New Jersey

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____December 7, 2022_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, _____Trenton, New Jersey_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 103 S. Fulton Street, Woodbridge, NJ 07095

Proposed Purchaser: Jose Luis Molina Baide and Maria Colon

Sale price: $460,000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Robert C. Nisenson, Esq/C21 Alliance Realty/C21 Mack Morris
Amount to be paid: $2500.00/ $23,000.00
Services rendered: Real Estate Attorney/Realtors

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Robert C. Nisenson, Esq.

Address: 10 Auer Court, East Brunswick, NJ 08816

Telephone No.: 732-238-8777

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-28067-CMG
Annette M Rivera  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Nov 10, 2022     Form ID: pdf905     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette M Rivera, 103 South Fulton Street #2, Woodbridge, NJ 07095-2617 |
| aty | + | Christina J. Pross, Marinosci Law Group, 824 N. Market Street, Ste 901, Wilmington, DE 19801-4908 |
| r | + | C21 Alliance Realty, 867 North Stiles Street, Linden, NJ 07036-4055 |
| 517747915 | + | Lender Finance Financial Company, 21 Commerce suite 101, Cranford, NJ 07016-3519 |
| 519334981 | | Residential Credit Opportunities Trust VI-A, by its servicer FCI Lender Services Inc., PO BOX 27370, Anaheim, CA 92809-0112 |
| 519334982 | + | Residential Credit Opportunities Trust VI-A, by its servicer FCI Lender Services Inc., PO BOX 27370, Anaheim, CA 92809-0112, Residential Credit Opportunities Trust V by its servicer FCI Lender Services Inc. 92809-011 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2022 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2022 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: krivera@leadersfc.com | Nov 10 2022 21:04:00 | Leaders Financial Company, 21 Commerce Dr, Cranford, NJ 07016 |
| 517747912 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 10 2022 21:05:00 | Bayview Financial Loan, Attn: Customer Service Dept, 4425 Ponce De Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 517836096 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 10 2022 21:05:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 517747913 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 10 2022 21:23:33 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518997842 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2022 21:05:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518997841 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 10 2022 21:05:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 517747914 | + | Email/Text: g2sogasbnkr@southernco.com | Nov 10 2022 21:04:00 | Elizabethtown Gas, PO Box 5412, Carol Stream, IL 60197-5412 |
| 517907862 | + | Email/Text: bankruptcy@pseg.com | Nov 10 2022 21:04:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 517747916 | ^ | MEBN | Nov 10 2022 21:00:42 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 10, 2022 | Form ID: pdf905 | Total Noticed: 17 |
| TOTAL: 11 | | |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth K. Holdren
on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust VI-A eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

John R. Morton, Jr.
on behalf of Creditor Leaders Financial Company ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Joseph Gunnar Devine, Jr
on behalf of Creditor COMMUNITY LOAN SERVICING LLC F/K/A BAYVIEW LOAN SERVICING, LLC jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Kevin Gordon McDonald
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Richard Gerbino
on behalf of Creditor COMMUNITY LOAN SERVICING LLC F/K/A BAYVIEW LOAN SERVICING, LLC rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard Gerbino
on behalf of Creditor Residential Credit Opportunities Trust VI-A by its servicing agent FCI Lender Services Inc. rgerbino@schillerknapp.com kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Robert Williams
on behalf of Creditor COMMUNITY LOAN SERVICING LLC F/K/A BAYVIEW LOAN SERVICING, LLC rwilliams@hoflawgroup.com

Robert C. Nisenson
on behalf of Debtor Annette M Rivera r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Nov 10, 2022 Form ID: pdf905 Total Noticed: 17
TOTAL: 12