Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18–28067–CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Annette M Rivera
   103 South Fulton Street #2
   Woodbridge, NJ 07095

Social Security No.:
   xxx–xx–2628

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

103 S. Fulton St., Woodbridge, NJ

Dated: December 1, 2022
JAN: mjb

                                                              Jeanne Naughton
                                                              Clerk