**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In the Matter of | : | Case: 18-28067 CMG |
| | : | Chapter 13 |
| ANNETTE M. RIVERA | : | |
| | : | |
| Debtor. | : | |
| _____ | : | |

**WITHDRAWAL OF DOCUMENT**

The Debtor hereby withdraws Motion to Sell the above Debtor's property at 103 Fulton Street, Woodbridge, NJ and the Notice of Private Sale on Docket # 124 and #125.

/s/ Robert C. Nisenson
ROBERT C. NISENSON

Dated: December 1, 2022