| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| In Re: **Annette M Rivera** | Case No.: **18-28067** |
| | Adversary No.: |
| | Chapter: **13** |
| | Judge: |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.
**NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: **Annette M Rivera**
(Example: John Smith, creditor)

Old address: 103 South Fulton Street #2
Woodbridge, NJ 07095

New address: 3450 MOUNTAIN ROAD
HAMBURG, PA 19526

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: **May 11, 2023**          /s/ Annette M Rivera
                                 Signature

*rev. 8/1/2021*